Fill in this information to identify the case:

Debtor name: Coralreef Productions, Inc.
United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| American Express<br>200 Vesey St.<br>New York, NY 10285-3106 | Dennis Pons, Esq.<br>dpons@jaffeandasher.com<br>212-687-3000 | Credit card debt | | | | $63,000.00 |
| Butzel Long<br>41000 Woodward Ave.<br>Stoneridge West Bldg.<br>Bloomfield Hills, MI 48304 | Rachelle Sanders<br>sanders@butzel.com<br>313-225-7000 | Professional Services | | | | $7,500.00 |
| CBRE Asset Services<br>20415 72nd Avenue South<br>Suite 210<br>Kent, WA 98032 | Amber Stratton<br>amber.stratton@cbre.com<br>253-398-9006 | Landlord-Rent | | | | $23,533.24 |
| CCI-Irving V, LP<br>300 East Royal Lane, Ste. 140<br>Irving, TX 75039 | Anita Kotrlik<br>Anita.Kotrlik@madisonmarquette.com<br>214-596-0813 | Landlord-Rent | | | | $28,344.28 |
| Cypress Airpark LLC<br>696 NE 125 Street North<br>Miami, FL 33161 | Angel Martin<br>angel.martin@imcequitygroup.com<br>305-893-9955 | Landlord-Rent | | | | $29,958.60 |
| Evan Jenkins<br>4170 Echo Road<br>Bloomfield Hills, MI 48302 | Evan Jenkins<br>evanjenkins@aol.com<br>248-686-6515 | Moving Expenses | | | | $6,500.00 |
| Five9<br>4000 Executive Pkwy #400<br>San Ramon, CA 94583 | Ale Fernandez<br>alejandra.fernandez@five9.com<br>925-201-2000 | Trade debt | | | | $19,006.65 |

| Debtor | Coralreef Productions, Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FR Strongsville, LLC<br>7366 N. Lincoln Ave., Ste. 206<br>Lincolnwood, IL 60712 | Erez Baver<br><br>erez@cedarbrookmgmt.com<br>847-674-9500 | Trade debt | | | | $78,248.27 |
| Goyk Productions, Inc.<br>345 N Canal St #1406<br>Chicago, IL 60606 | Alex Goyakhman<br><br>mrgoyk@gmail.com<br>312-876-7020 | Trade debt | | | | $11,778.00 |
| Hanson Bridgett LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 | Ray Sheen<br><br>RSheen@hansonbridgett.com<br>415-995-5008 | Professional Services | | | | $31,558.76 |
| Hertz<br>14501 Hertz Quail Springs Pkwy.<br>Oklahoma City, OK 73134 | Dean Reeves<br><br>dreeves@hertz.com<br>405-775-6322 | Trade debt | | | | $6,126.07 |
| Interactive Business Solutions<br>Interactive Business Systems<br>6650 Eagle Way<br>Chicago, IL 60678-1066 | Frank Carroll<br><br>fcarroll@ibs.com<br>630-571-9100 | Trade debt | | | | $10,740.00 |
| Megapath<br>7900 Tysons One Place, Ste. 1450<br>Mc Lean, VA 22102 | Benjamin D. McKinney<br><br>Ben.McKinney@gtt.net<br>703-677-9043 | Trade debt | | | | $16,277.25 |
| Nassiri & Jung LLP<br>1700 Montgomery St., Suite 207<br>San Francisco, CA 94111 | Charles Jung<br><br>charles@njfirm.com<br>213-626-6200 | Professional Services | | | | $18,766.18 |
| RH39 Realty LP<br>230 West 39th St, Sixth Floor<br>New York, NY 10018 | Gina C. Bance<br><br>rh39realty@gmail.com<br>212-997-9891 | Landlord-Rent | | | | $79,323.74 |
| Roshan Towers, LLC<br>1704 Townhurst, Suite 101<br>Houston, TX 77043 | Lillie Norton<br><br>lnorton@apcommercialinc.com<br>713-400-6300 | Landlord-Rent | | | | $76,518.00 |
| SFA 1101 North Kings Highway LLC<br>312 Route 38 West, Suite 100<br>Moorestown, NJ 08057 | Amanda M. Cardinali<br><br>al@sfalts.com<br>856-437-6196 | Landlord-Rent | | | | $10,937.00 |

| Debtor | Coralreef Productions, Inc. | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Shamis & Gentile, PA<br>14 N.E. 1st Ave, Suite 1205<br>Miami, FL 33132 | Andrew J. Shamis, Esq.<br><br>ashamis@shamisgentile.com<br>305-479-2299 | Legal Judgment | | | | $8,750.00 |
| Status Labs<br>151 South 1st Suite 100<br>Austin, TX 78704 | Heath Hindman<br><br>heath@statuslabs.com<br>210-365-9124 | Trade debt | | | | $9,750.00 |
| Twilio<br>375 Beale Street, Ste. 300<br>San Francisco, CA 94105 | Andrei Senkavets<br><br>asenkavets@twilio.com<br>855-910-8712 | Trade debt | | | | $50,331.89 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

19-56749-tjt    Doc 3    Filed 11/26/19    Entered 11/26/19 16:18:40    Page 3 of 3